UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

5.  OMAR DARIO CORRAL-AGUILERA,

        Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        Due to a scheduling conflict, the sentencing hearing currently set for Thursday, September 15, 2011, is **RESET** to **Monday, September 19, 2011, at 4:00 p.m.**

        Dated:  August 24, 2011