**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5. OMAR DARIO CORRAL-AGUILERA,**

    Defendant.

---

## ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility (ECF Doc. #232), filed August 29, 2011, is **GRANTED.** It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated: September 19, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE